Kenneth A. **SIERRA**, Plaintiff— Appellant,

v.

Cal A. **TERHUNE**, Defendant— Appellee.

No. 05–15892.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2006.*

Filed Feb. 24, 2006.

Kenneth A. Sierra, Corcoran State Prison, Corcoran, CA, pro se.

Constance Picciano, Esq., AGCA—Office of the California Attorney General, Department of Justice, Sacramento, CA, for Defendant–Appellee.

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby sum-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

marily affirms the district court's order denying appellant's motion for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied as moot.

**AFFIRMED.**